1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

KYLE STEVEN MARTIN,

CASE No. 1:13-cv-01281-MJS

12

Plaintiff,

ORDER DISCHARGING ORDER TO
SHOW CAUSE AND DENYING MOTION
FOR EXTENSION OF TIME AS MOOT

13

v.

14

SANDRA PENNYWELL, et al.,

(ECF Nos. 8 & 11)

15

Defendants.

16
17

Plaintiff Kyle Steven Martin is a state prisoner proceeding pro se in this civil rights

18

action pursuant to 42 U.S.C. § 1983.  (ECF No. 5.)  On August 30, 2013, Plaintiff's

19

Complaint was screened and dismissed, with leave to amend, for failure to state a

20

cognizable claim.  (ECF No. 7.)  Plaintiff's was given thirty days to file an amended

21

pleading.  The deadline passed without Plaintiff filing an amended complaint or a request

22

for an extension of time to do so.

23

On October 28, 2013, the Court issued an order requiring Plaintiff to show cause

24

within fourteen days why his case should not be dismissed for failure to comply with the

25

Court's August 30, 2013 order.  (ECF No. 8.)

26

On November 6, 2013, Plaintiff filed an amended complaint and a motion seeking

27

an extension of time to comply with any outstanding deadlines.  Filing the First Amended

28

Complaint satisfied Plaintiff's only outstanding deadline in this case.  The Motion for

1

Extension of Time is therefore moot and subject to denial on that basis.  Fed. R. Civ. P 6(b); Local Rules 144, 230.

Accordingly, for good cause shown IT IS HEREBY ORDERED that:

1.      The October 28, 2013 Order to Show Cause (ECF No. 8) is discharged; and

2.      Plaintiff's Motion for Extension of Time (ECF No. 11) is denied as moot.

IT IS SO ORDERED.

Dated:   November 26, 2013      /s/ Michael J. Seng

UNITED STATES MAGISTRATE JUDGE